OPINION — AG — THE EXEMPTION FROM STATE INCOME TAXES OF AMOUNTS USED TO PURCHASE ANNUITY CONTRACTS AS PART OF THE SALARY OF A TEACHER, AS PROVIDED BY SENATE BILL NO. 237 OF THE 29TH LEGISLATURE, IS NOT APPLICABLE TO TEACHERS IN INSTITUTIONS WHICH ARE PART OF THE OKLAHOMA STATE SYSTEM FOR HIGHER EDUCATION. CITE: 70 O.S. 1961, 17-1(3) [70-17-1], 70 O.S. 1961, 6-1 [70-6-1], (W. J. MONROE)